UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| GARY D. ALLEN | PLAINTIFF |
| VERSUS | CIVIL ACTION NO. 1:08CV393-RHW |
| MICHELLE GUNN et al | DEFENDANTS |

## FINAL JUDGMENT

In accordance with the requirement for the filing of a separate document pursuant to Federal Rule of Civil Procedure 58(a), and based on the reasons set forth in the Memorandum Opinion and Order entered by this Court, the Court hereby enters its Final Judgment in the above-captioned matter.

It is ordered that the Plaintiff's claims against the Defendants are DISMISSED with prejudice.

SO ORDERED, this the 30th day of October, 2009.

s/ Robert H. Walker
UNITED STATES MAGISTRATE JUDGE